```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


RONALD R. FAGLES,                 :
        Plaintiff
                                  :

        vs.                       :    CIVIL NO. 1:CV-06-1806

MICHAEL J. ASTRUE,                :       (Judge Caldwell)
Commissioner of Social
Security,                         :    (Magistrate Judge Blewitt)
        Defendant
```

*O R D E R*

AND NOW, this 26th day of July, 2007, upon consideration of the report (doc. 10) of the magistrate judge, filed May 24, 2007, Plaintiff's objections (doc. 11) to the report, and upon independent review of the record, it is ordered that:

    1. The magistrate judge's report is adopted.

    2. Plaintiff's appeal of Defendant's decision denying him social security disability benefits is denied.

    3. The Clerk of Court shall close this file.

                                   /s/William W. Caldwell
                                    William W. Caldwell
                                    United States District Judge